IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PHILLIP McKENZIE, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:04-CV-109-1 (CDL) |
| BRACE LUQUIRE, ROGER ANDERSON, RAYMOND CAMPBELL, and ROXANN DANIEL, successor to WILLIAM J. SMITH | *   42 U.S.C. § 1983 |
| | * |
| Defendants. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 17, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

Plaintiff's Complaint against Defendant William J. Smith is therefore dismissed.

IT IS SO ORDERED, this 13th day of December, 2005.

<u>S/Clay D. Land</u>
CLAY D. LAND
UNITED STATES DISTRICT JUDGE